IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ERIK GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | FILE No. 4:18-CV-02692 |
| V & B CORNERSTONE LLC, ) | |
| ) | |
| Defendant. ) | |

## STATUS REPORT AS TO SERVICE ON DEFENDANT

Plaintiff, ERIK GARCIA, by and through undersigned counsel hereby file this Status Report as to service on Defendant, V & B CORNERSTONE, LLC.

1. This case was filed on August 4, 2018.

2. Plaintiff relies on the Clerk's Office to timely mail the court-issued summons so that service can be effectuated on Defendant pursuant to Fed. R. Civ. P. 4.

3. As of August 20, 2018, undersigned counsel's office has not received the court issued summons on Defendant, V & B CORNERSTONE, LLC.

4. Plaintiff's counsel's office called the Clerk's Office on August 20, 2018, and spoke to Kimberly who indicated that the failure to receive the court-issued summons was that it "was probably skipped" and that she would issue the summons today and place it in the U.S. Mail.

5. Since the filing of the Complaint, sixteen (16) days have elapsed and

service on Defendant has not been initiated.

Respectfully submitted this 20th day of August, 2018.

>Respectfully submitted,
>
>/s/ Douglas S. Schapiro
>Douglas S. Schapiro, Esq.
>*Attorney-in-Charge for Plaintiff*
>So. District of Texas ID No. 3182479
>The Schapiro Law Group, P.L
>21301 Powerline Road, Suite 106
>Boca Raton, FL 33433
>Tel: (561) 807-7388
>Email: schapiro@schapirolawgroup.com

## CERTIFICATE OF SERVICE

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing was filed electronically using the CM/ECF system on August 20, 2018.

>/s/ Douglas S. Schapiro
>Douglas S. Schapiro, Esq.
>*Attorney-in-Charge for Plaintiff*
>So. District of Texas ID No. 3182479